| | |
|---|---|
| 1 | CRAIG G. STAUB, Bar No. 172857 |
| 2 | cstaub@littler.com<br>LITTLER MENDELSON, P.C. |
| 3 | 633 West 5th Street<br>63rd Floor |
| 4 | Los Angeles, CA 90071<br>Telephone: 213.443.4300 |
| 5 | Facsimile: 213.443.4299 |
| 6 | MICHAEL L. KIBBE, Bar No. 302137<br>LITTLER MENDELSON, P.C. |
| 7 | 2050 Main Street<br>Suite 900 |
| 8 | Irvine, CA 92614<br>Telephone: 949.705.3000 |
| 9 | Fax No.: 949.724.1201 |
| 10 | Attorneys for Defendant<br>THE GEO GROUP, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JASMINE HAYES, | Case No. 5:18-cv-00524 |
|---|---|
| Plaintiff, | **DECLARATION OF KAREN BROADWATER IN SUPPORT OF REMOVAL TO FEDERAL COURT** |
| v. | |
| THE GEO GROUP INC., AND DOES 1 TO 100, | |
| Defendants. | |

## DECLARATION OF KAREN BROADWATER

I, Karen Broadwater, hereby declare as follows:

1. I am A Regional Human Resources Director for the GEO Group, Inc. and have been employed in this capacity for more than one year. In my capacity as a Regional Human Resources Director, I am authorized to make this declaration on behalf of and regarding business of Defendant The GEO Group, Inc., d/b/a GEO California, Inc. ("GEO").

2. GEO is incorporated in and under the laws of the State of Florida. GEO's principal place of business is in Boca Raton, Florida. GEO's corporate headquarters are located exclusively in Florida, as all of GEO's business, executive, and administrative operations, including any California operations, are centrally managed from its headquarters in Florida. The majority, if not all, of GEO's executive and administrative functions are performed in Florida. Meetings of GEO's Board of Directors generally take place in Florida, and GEO's financial records are maintained in Florida. GEO's principal place of business is not California.

3. GEO's corporate officers who direct, control and coordinate operations are also located in GEO's corporate headquarters in the State of Florida. Specifically, GEO's CEO, CFO, General Counsel, Executive Vice President – Human Resources, and Senior Vice President, President – U.S. Corrections are located in the State of Florida.

4. From its headquarters in Florida, GEO makes and implements company-wide operating, financial, investment, employee relations, marketing, accounting, income tax, treasury, investor relations, and legal policy decisions. GEO's tax returns are neither prepared in nor filed in California.

5. GEO was served with the Complaint on February 15, 2018. I have reviewed the Complaint filed in this action.

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

6. By virtue of my job duties, I have access to and am familiar with the California records of GEO employees (and GEO's former employees). These employment records are prepared and maintained in the ordinary course of business, and are accurate to the best of my knowledge and belief. I am also familiar with the manner in which these records are routinely maintained for business purposes.

7. Based on the records within my custody and control, I have determined that at the time of Plaintiff Jasmine Hayes' ("Plaintiff") termination, her hourly rate of pay was $17.37. I verify that records relied upon by counsel in determining Plaintiff's average total pay per pay period are records maintained in the ordinary course of business and accurately reflect Plaintiff's payment of wages and hours worked while employed.

8. Based on the records within my custody and control, I have determined that Plaintiff worked in California and used a California address as her location of residence during her employment.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

Executed this 14th day of March, 2018 at Boca Raton, FL.

_KBroadwater_
KAREN BROADWATER

Firmwide:153332836.1 059218.1332