CRAIG G. STAUB, Bar No. 172857
cstaub@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

MICHAEL L. KIBBE, Bar No. 302137
LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Defendant
THE GEO GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE HAYES,<br><br>           Plaintiff,<br><br>v.<br><br>THE GEO GROUP INC., AND DOES 1 TO 100,<br><br>           Defendants. | Case No. 5:18-cv-00524<br><br>**DEFENDANT'S NOTICE OF RELATED CASES** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:

Pursuant to Central District of California Local Rule 83-1.3.1, Defendant GEO Group, Inc. ("Defendant") hereby avers that, to its knowledge, no action previously filed or currently pending in the Central District appears to arise from the same or substantially identical transactions, happenings or events as those alleged in Plaintiff Jasmine Hayes' pending lawsuit.

To Defendant's knowledge, no action previously filed or currently pending in the Central District appears to call for determination of the same or substantially identical questions of law and fact or will entail substantial duplication of labor if heard by different judges.

Dated: March 15, 2018

/s/Michael Kibbe
CRAIG G. STAUB
MICHAEL L. KIBBE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
THE GEO GROUP, INC.

Firmwide:151811070.1 059218.1332