1  CRAIG G. STAUB, Bar No. 172857
   cstaub@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, CA  90071
4  Telephone:  213.443.4300
   Facsimile:   213.443.4299
5
   MICHAEL L. KIBBE, Bar No. 302137
6  LITTLER MENDELSON, P.C.
   2050 Main Street
7  Suite 900
   Irvine, CA  92614
8  Telephone:  949.705.3000
   Fax No.:     949.724.1201
9
   Attorneys for Defendant
10 THE GEO GROUP, INC.

11 ZULU ALI, Bar No. 252998
12 zulualilaw@gmail.com
   LAW OFFICE OF ZULU ALI
13 2900 Adams Street, Suite C13
14 Riverside, CA  92504
   Telephone: 951.782.8722
15 Facsimile:  951.346.9101

16 Attorneys for Plaintiff
   JASMINE HAYES
17

18                    UNITED STATES DISTRICT COURT

19                   CENTRAL DISTRICT OF CALIFORNIA

20 | JASMINE HAYES,              | Case No.  5:18−cv−524 DOC (SPx)
21 |         Plaintiff,          |
22 | v.                          | ASSIGNED FOR ALL PURPOSES TO
                                   JUDGE DAVID O. CARTER
23 | THE GEO GROUP INC., AND DOES|
24 | 1 TO 100,                   | **NOTICE OF SETTLEMENT**
                                   [local rule 16-15.7]
25 |         Defendants.         |

Notice of Settlement

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Plaintiff JASMINE HAYES ("Plaintiff") and Defendant THE GEO GROUP INC. have reached an agreement on a settlement of the above-captioned matter which will result in the voluntarily dismissal of this entire action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The settlement documents are currently being prepared and the parties will file a Stipulation for Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) after they execute the settlement agreement. The Parties request that the Court maintain jurisdiction until the settlement documents are executed and the Stipulation for Dismissal is filed, all of which is anticipated to occur within thirty days of this notice. This notice is provided pursuant to Local Rule 16-15.7.

Dated: February 27, 2018

/s/Zulu Ali
ZULU ALI
LAW OFFICE OF ZULU ALI
Attorneys for Plaintiff
JASMINE HAYES

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 27, 2018

/s/Michael Kibbe
CRAIG G. STAUB
MICHAEL L. KIBBE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
THE GEO GROUP, INC.

Notice of Settlement